**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

FILED
3/20/20 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| IN RE: | : | Bankruptcy No. 20-20844-GLT |
| Danae L Shildt,<br>　　　　　　　Debtor | : | Chapter 13 |
| _____ | : | Related to Document No. 9 |
| Danae L Shildt,<br>　　　　　　　Movant | : | |
| vs. | : | |
| No Respondent. | : | |

## ORDER

**AND NOW**, on this ___20th___ day of ___March___, 2020, upon consideration of the Motion of the above referenced Debtor, praying for an extension of time within which to Complete the Bankruptcy Filing, and it appearing from the Motion that good cause exists for granting the relief prayed. It is hereby:

**ORDERED, ADJUDGED and DECREED** that the time for the Debtor to file her Chapter 13 Petition, Chapter 13 Plan, Schedules, Declaration Re: Electronic Filing, and Pay Advices be hereby extended to and including March 30, 2020.

BY THE COURT:

Dated: 3/20/20

_____
Gregory  Taddonio,  hct
United States Bankruptcy Judge

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
Danae L Shildt  
      Debtor

Case No. 20-20844-GLT  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2     User: culy     Page 1 of 1     Date Rcvd: Mar 20, 2020  
                 Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2020.  
db            +Danae L Shildt,    185 Stonewood Drive,    Bethel Park, PA 15102-2266

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                   TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2020                                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2020 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Paul W. McElrath, Jr.    on behalf of Debtor Danae L Shildt ecf@mcelrathlaw.com, donotemail.ecfbackuponly@gmail.com  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
                                                                                                                 TOTAL: 4