# United States Bankruptcy Court
## Western District of Pennsylvania

In re  Danae L Shildt  
Debtor(s)

Case No.  20-20844  
Chapter  13

## PAYMENT ADVICES COVER SHEET
## UNDER 11 U.S.C. § 521(a)(1)(B)(iv)

I, Danae L Shildt, declare under penalty of perjury that the foregoing is true and correct (CHECK ONE OF THESE BOXES):

☐  I have not been employed by any employer within the 60 days before the date of the filing of the petition.

☐  I was employed by an employer within 60 days before the date I filed my bankruptcy petition, but I have not received payment advices or other evidence of payment because

☑  I have received payment advices or other evidence of payment within 60 days before the date I filed my bankruptcy petition from any employer, and they are attached.

Date  March 28, 2020

Signature  /s/ Danae L Shildt  
Danae L Shildt  
Debtor

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

| | | | | | |
|---|---|---|---|---|---|
| Z65 | 601922 | VR0000 | CRC | 000000001 | |

# Earnings Statement

**ADP**

WHEELER BROS INC
A SUBSIDIARY OF VSE CORPORATION
384 DRUM AVENUE
SOMERSET, PA 15501

Period Beginning: 02/02/2020
Period Ending: 02/15/2020
Pay Date: 02/21/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

DANAE L SHILDT
185 STONEWOOD DR
BETHEL PARK PA 15102

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2812.80 | 80.00 | 2,812.80 | 9,704.16 |
| Floating Hol | | | | 562.56 |
| Holiday | | | | 562.56 |
| PTO | | | | 421.92 |
| **Gross Pay** | | | **$2,812.80** | 11,251.20 |

Your federal taxable wages this period are $2,676.88
Your PA taxable wages this period are $2,685.77
Your Bethel Park taxable wages this period are $2,685.77

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.11 | 1,004.44 |
| | Social Security Tax | -166.59 | 666.35 |
| | Medicare Tax | -38.96 | 155.84 |
| | PA State Income Tax | -82.45 | 329.80 |
| | Bethel Park Income Tax | -37.60 | 150.40 |
| | Somerset Bor Local Svc Tax | -2.00 | 8.00 |
| | PA SUI/SDI Tax | -1.69 | 6.75 |
| | **Other** | | |
| | Dental Maint | -2.69 | 10.76 |
| | Hlth Savings | -50.00 | 200.00 |
| | Medical | -124.62* | 498.48 |
| | Roth | -10.00 | 40.00 |
| | Vision | -2.41* | 9.64 |
| | 401K | -10.00* | 40.00 |
| **Net Pay** | | | **$2,032.68** |
| Checking 1 | | | -2,032.68 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 20.00 | 80.00 |
| G.T.L. | 1.11 | 4.44 |
| Pto Balance | 23.66 | |
| Pto Hrs Pd Ytd | | 12.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER 814 443-7000

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

WHEELER BROS INC
A SUBSIDIARY OF VSE CORPORATION
384 DRUM AVENUE
SOMERSET, PA 15501

Advice number: 00000080071
Pay date: 02/21/2020



Deposited to the account of
DANAE L SHILDT

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7472 | xxxx xxxx | $2,032.68 |

**NON-NEGOTIABLE**

Z65  601922  VR0000  CRC:  00000060070

# Earnings Statement

**ADP**

WHEELER BROS INC
A SUBSIDIARY OF VSE CORPORATION
384 DRUM AVENUE
SOMERSET, PA 15501

Period Beginning: 01/19/2020
Period Ending: 02/01/2020
Pay Date: 02/07/2020

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 0
  PA: N/A

DANAE L SHILDT
185 STONEWOOD DR
BETHEL PARK PA 15102

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2812.80 | 52.00 | 1,828.32 | 6,891.36 |
| Floating Hol | 35.1600 | 16.00 | 562.56 | 562.56 |
| PTO | 35.1600 | 12.00 | 421.92 | 421.92 |
| Holiday | | | | 562.56 |
| **Gross Pay** | | | **$2,812.80** | 8,438.40 |

Your federal taxable wages this period are $2,676.88
Your PA taxable wages this period are $2,685.77
Your Bethel Park taxable wages this period are $2,685.77

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.11 | 753.33 |
| | Social Security Tax | -166.59 | 499.76 |
| | Medicare Tax | -38.96 | 116.88 |
| | PA State Income Tax | -82.45 | 247.35 |
| | Bethel Park Income Tax | -37.60 | 112.80 |
| | Somerset Bor Local Svc Tax | -2.00 | 6.00 |
| | PA SUI/SDI Tax | -1.68 | 5.06 |
| | **Other** | | |
| | Dental Maint | -2.69 | 8.07 |
| | Hlth Savings | -50.00 | 150.00 |
| | Medical | -124.62* | 373.86 |
| | Roth | -10.00 | 30.00 |
| | Vision | -2.41* | 7.23 |
| | 401K | -10.00* | 30.00 |
| **Net Pay** | | | **$2,032.69** |
| Checking 1 | | | -2,032.69 |
| **Net Check** | | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 20.00 | 60.00 |
| G.T.L. | 1.11 | 3.33 |
| Pto Balance | 19.04 | |
| Pto | | 12.00 |

**Important Notes**
YOUR COMPANY PHONE NUMBER 814 443-7000

BASIS OF PAY: SALARY

\* Excluded from federal taxable wages

© 2000 ADP, LLC

WHEELER BROS INC
A SUBSIDIARY OF VSE CORPORATION
384 DRUM AVENUE
SOMERSET, PA 15501

Advice number: 00000060070
Pay date: 02/07/2020

Deposited to the account of
DANAE L SHILDT

| account number | transit | ABA | amount |
|---|---|---|---|
| xxxxxx7472 | xxxx | xxxx | $2,032.69 |


THIS IS NOT A CHECK

**NON-NEGOTIABLE**

# Earnings Statement

Z65    601922   VR0000   CRC    000040070    1

**ADP**

WHEELER BROS INC
A SUBSIDIARY OF VSE CORPORATION
384 DRUM AVENUE
SOMERSET, PA 15501

Period Beginning: 01/05/2020
Period Ending: 01/18/2020
Pay Date: 01/24/2020

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:    0
  PA:    N/A

DANAE L SHILDT
185 STONEWOOD DR
BETHEL PARK PA 15102

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2812.80 | 80.00 | 2,812.80 | 5,063.04 |
| Holiday | | | | 562.56 |
| **Gross Pay** | | | **$2,812.80** | 5,625.60 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.11 | 502.22 |
| | Social Security Tax | -166.58 | 333.17 |
| | Medicare Tax | -38.96 | 77.92 |
| | PA State Income Tax | -82.45 | 164.90 |
| | Bethel Park Income Tax | -37.60 | 75.20 |
| | Somerset Bor Local Svc Tax | -2.00 | 4.00 |
| | PA SUI/SDI Tax | -1.69 | 3.38 |
| Other | | | |
| | Dental Maint | -2.69 | 5.38 |
| | Hlth Savings | -50.00 | 100.00 |
| | Medical | -124.62* | 249.24 |
| | Roth | -10.00 | 20.00 |
| | Vision | -2.41* | 4.82 |
| | 401K | -10.00* | 20.00 |
| **Net Pay** | | | **$2,032.69** |
| Checking 1 | | -2,032.69 | |
| **Net Check** | | | **$0.00** |

Your federal taxable wages this period are $2,676.88
Your PA taxable wages this period are $2,685.77
Your Bethel Park taxable wages this period are $2,685.77

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 20.00 | 40.00 |
| G.T.L. | 1.11 | 2.22 |
| Pto Balance | 26.42 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER 814 443-7000

BASIS OF PAY: SALARY

* Excluded from federal taxable wages

© 2000 ADP, LLC

---

WHEELER BROS INC
A SUBSIDIARY OF VSE CORPORATION
384 DRUM AVENUE
SOMERSET, PA 15501

Advice number: 00000040070
Pay date: 01/24/2020

Deposited to the account of
DANAE L SHILDT

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7472 | xxxx xxxx | $2,032.69 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

| | | |
|---|---|---|
| Z65 | 601922 VR0000 CRC | 0000020074 |

# Earnings Statement

**ADP**

WHEELER BROS INC
A SUBSIDIARY OF VSE CORPORATION
384 DRUM AVENUE
SOMERSET, PA 15501

Period Beginning: 12/22/2019
Period Ending: 01/04/2020
Pay Date: 01/10/2020

Taxable Marital Status: Married
Exemptions/Allowances:
    Federal: 0
    PA: N/A

DANAE L SHILDT
185 STONEWOOD DR
BETHEL PARK PA 15102

| Earnings | rate | salary/hours | this period | year to date |
|---|---|---|---|---|
| Regular | 2812.80 | 64.00 | 2,250.24 | 2,250.24 |
| Holiday | 35.1600 | 16.00 | 562.56 | 562.56 |
| **Gross Pay** | | | **$2,812.80** | 2,812.80 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -251.11 | 251.11 |
| | Social Security Tax | -166.59 | 166.59 |
| | Medicare Tax | -38.96 | 38.96 |
| | PA State Income Tax | -82.45 | 82.45 |
| | Bethel Park Income Tax | -37.60 | 37.60 |
| | Somerset Bor Local Svc Tax | -2.00 | 2.00 |
| | PA SUI/SDI Tax | -1.69 | 1.69 |
| | **Other** | | |
| | Dental Maint | -2.69 | 2.69 |
| | Hlth Savings | -50.00 | 50.00 |
| | Medical | -124.62* | 124.62 |
| | Roth | -10.00 | 10.00 |
| | Vision | -2.41* | 2.41 |
| | 401K | -10.00* | 10.00 |
| **Net Pay** | | | **$2,032.68** |
| | Checking 1 | -2,032.68 | |
| **Net Check** | | | **$0.00** |

Your federal taxable wages this period are $2,676.88
Your PA taxable wages this period are $2,685.77
Your Bethel Park taxable wages this period are $2,685.77

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Er 401K Match | 20.00 | 20.00 |
| G.T.L. | 1.11 | 1.11 |
| Pto Balance | 21.80 | |

**Important Notes**
YOUR COMPANY PHONE NUMBER 814 443-7000

BASIS OF PAY: SALARY

\* Excluded from federal taxable wages

© 2000 ADP, LLC

WHEELER BROS INC
A SUBSIDIARY OF VSE CORPORATION
384 DRUM AVENUE
SOMERSET, PA 15501

Advice number: 00000020074
Pay date: 01/10/2020

Deposited to the account of
DANAE L SHILDT

| account number | transit ABA | amount |
|---|---|---|
| xxxxxx7472 | xxxx xxxx | $2,032.68 |



**NON-NEGOTIABLE**