**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Danae L Shildt** | Social Security number or ITIN  xxx–xx–1491 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | Date case filed for chapter  13   3/5/20 |
| Case number: | 20–20844–GLT | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Danae L Shildt | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 185 Stonewood Drive<br>Bethel Park, PA 15102 | |
| 4. | **Debtor's attorney**<br>Name and address | Paul W. McElrath Jr.<br>McElrath Legal Holdings, LLC.<br>1641 Saw Mill Run Boulevard<br>Pittsburgh, PA 15210 | Contact phone 412–765–3606<br>Email:  ecf@mcelrathlaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Ronda J. Winnecour<br>Suite 3250, USX Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–471–5566<br>Email: cmecf@chapter13trusteewdpa.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br>Contact phone 412–644–2700<br>Date: 3/30/20 |

**For more information, see page 2**

Debtor **Danae L Shildt**                                                                                                                    Case number **20–20844–GLT**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **June 8, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 8/7/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/14/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/1/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. The plan is enclosed. The hearing on confirmation will be held on:<br>**6/8/20** at **09:00 AM** , Location: **3251 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |

```
                            United States Bankruptcy Court
                            Western District of Pennsylvania
In re:                                                              Case No. 20-20844-GLT
Danae L Shildt                                                      Chapter 13
        Debtor
                                  CERTIFICATE OF NOTICE
District/off: 0315-2           User: culy                  Page 1 of 2                  Date Rcvd: Mar 30, 2020
                               Form ID: 309I               Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 01, 2020.
db             +Danae L Shildt,    185 Stonewood Drive,    Bethel Park, PA 15102-2266
aty            +James Warmbrodt,    KML Law Group, P.C.,    701 Market Street,    Suite 5000,
                 Philadelphia, PA 19106-1541
tr             +Ronda J. Winnecour,    Suite 3250, USX Tower,    600 Grant Street,    Pittsburgh, PA 15219-2702
15211759       +Allegheny Health Network,    12311 Perry Highway,    Wexford, PA 15090-8344
15211760       +Amex/dsnb,   Po Box 8218,    Mason, OH 45040-8218
15211766       +Municipality Of Bethel Park,    C/O Jordan Tax,    7100 bAPTIST rOAD,
                 Bethel Park, PA 15102-3908
15224280       +Peoples Gas,    c/o S. James Wallace, P.C.,    845 N. Lincoln Avenue,    Pittsburgh, PA 15233-1828
15224281       +Point Park,    201 Wood St,    Pittsburgh, PA 15222-1984
15211768       +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
15211770       +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: ecf@mcelrathlaw.com Mar 31 2020 05:23:45     Paul W. McElrath, Jr.,
                 McElrath Legal Holdings, LLC.,    1641 Saw Mill Run Boulevard,    Pittsburgh, PA 15210
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Mar 31 2020 05:25:45     Pennsylvania Dept. of Revenue,
                 Department 280946,    P.O. Box 280946,    ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA 17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Mar 31 2020 05:25:52
                 Office of the United States Trustee,    Liberty Center.,    1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
15211761       +EDI: CAPITALONE.COM Mar 31 2020 09:08:00      Capital One Bank Usa N,    Po Box 30281,
                 Salt Lake City, UT 84130-0281
15211762       +EDI: WFNNB.COM Mar 31 2020 09:08:00      Comenitybank/ny&co,    Po Box 182789,
                 Columbus, OH 43218-2789
15211763       +E-mail/Text: DMCCO.VBASPL@va.gov Mar 31 2020 05:26:22     Dept Of Veterans Affai,    Pob 11930,
                 St Paul, MN 55111-0930
15211764        EDI: JPMORGANCHASE Mar 31 2020 09:08:00      Jpmcb Card,    Po Box 15369,    Wilmington, DE 19850
15211765       +E-mail/Text: bncnotices@becket-lee.com Mar 31 2020 05:25:32     Kohls/capone,    Po Box 3115,
                 Milwaukee, WI 53201-3115
15211767       +E-mail/Text: bankruptcyteam@quickenloans.com Mar 31 2020 05:26:06      Quicken Loans,
                 1050 Woodward Ave,    Detroit, MI 48226-1906
15211769       +E-mail/Text: bankruptcydepartment@tsico.com Mar 31 2020 05:26:13      Transworld Systems,
                 PO Box 15618,    Wilmington, DE 19850-5618
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS  (undeliverable, * duplicate) *****
cr              Quicken Loans Inc.
15224272*      +Allegheny Health Network,    12311 Perry Highway,    Wexford, PA 15090-8344
15224273*      +Amex/dsnb,    Po Box 8218,    Mason, OH 45040-8218
15224274*      +Capital One Bank Usa N,    Po Box 30281,    Salt Lake City, UT 84130-0281
15224275*      +Comenitybank/ny&co,    Po Box 182789,    Columbus, OH 43218-2789
15224276*      +Dept Of Veterans Affai,    Pob 11930,    St Paul, MN 55111-0930
15224277*     ++JPMORGAN CHASE BANK  N A,    BANKRUPTCY MAIL INTAKE TEAM,    700 KANSAS LANE FLOOR 01,
                 MONROE LA 71203-4774
                (address filed with court: Jpmcb Card,     Po Box 15369,    Wilmington, DE 19850)
15224278*      +Kohls/capone,    Po Box 3115,    Milwaukee, WI 53201-3115
15224279*      +Municipality Of Bethel Park,    C/O Jordan Tax,    7100 bAPTIST rOAD,
                 Bethel Park, PA 15102-3908
15224282*      +Quicken Loans,    1050 Woodward Ave,    Detroit, MI 48226-1906
15224283*      +State Collection Servi,    2509 S Stoughton Rd,    Madison, WI 53716-3314
15224284*      +Transworld Systems,    PO Box 15618,    Wilmington, DE 19850-5618
15224285*      +Wells Fargo Dealer Svc,    Po Box 10709,    Raleigh, NC 27605-0709
                                                                                   TOTALS: 1, * 12, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0315-2           User: culy              Page 2 of 2            Date Rcvd: Mar 30, 2020
                               Form ID: 309I           Total Noticed: 20
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 01, 2020                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 30, 2020 at the address(es) listed below:
          James   Warmbrodt    on behalf of Creditor    Quicken Loans Inc. bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Paul W. McElrath, Jr.    on behalf of Debtor Danae L Shildt ecf@mcelrathlaw.com,
           donotemail.ecfbackuponly@gmail.com
          Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
                                                                                      TOTAL: 4
```