# IN THE UNTED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | |
| | : | Case No. 20-20844-GLT |
| **Danae Shildt,** | : | |
|        **Debtor** | : | Chapter 13 |
| | : | |
| **Danae Shildt,** | : | Related to Doc. No. 37 |
|        **Movant** | : | |
| | : | |
| **vs.** | : | |
| **Allegheny Health Network, et. al.** | : | |
| **Ronda J. Winnecour, Esquire /** | : | |
| **Chapter 13 Trustee,** | : | |
|        **Respondents** | : | |

## CERTIFICATE OF SERVICE ORDER APPROVING POST-PETITON AUTOMOBILE FINANCING

    I, Sharla Munroe, the undersigned, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the above captioned pleading, Order Approving the Post-Petition Motion for Financing of Automobile, on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.
.

Executed on: September 11, 2020

                                                           By:    s/ Sharla R. Munroe
                                                                   Sharla R. Munroe, Paralegal
                                                                   McElrath Legal Holdings, LLC
                                                                   1641 Saw Mill Run Blvd
                                                                   Pittsburgh, PA 15210
                                                                   Tel: 412-765-3606

**MATRIX**

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Danae L Shildt
185 Stonewood Drive
Bethel Park, PA 15102

Allegheny Health Network
12311 Perry Highway
Wexford, PA 15090

Amex/dsnb
Po Box 8218
Mason, OH 45040

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130

Comenitybank/ny&co
Po Box 182789
Columbus, OH 43218

Dept Of Veterans Affai
Pob 11930
St Paul, MN 55111

Jpmcb Card
Po Box 15369
Wilmington, DE 19850

Kohls/capone
Po Box 3115
Milwaukee, WI 53201

Municipality Of Bethel Park
C/O Jordan Tax
7100 bAPTIST rOAD
Bethel Park, PA 15102

Peoples Gas
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233

Point Park
201 Wood St
Pittsburgh, PA 15222

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226

State Collection Servi
2509 S Stoughton Rd
Madison, WI 53716

Transworld Systems
PO Box 15618
Wilmington, DE 19850

Wells Fargo Dealer Svc
Po Box 10709
Raleigh, NC 27605