# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| Danae L Shildt, | : | Case No. 20-20844-GLT |
| | : | Chapter 13 |
| Debtor | : | |

*****************************************************************************

| | | |
|---|---|---|
| Danae L Shildt, | : | |
| | : | Related to Docket No. 37 |
| Movant | : | |
| vs. | : | Hearing Date and Time: |
| Ronda J. Winnecour, Esquire / Chapter 13 Trustee, | : | |
| Respondent | : | |

*****************************************************************************

## STATUS REPORT

**Now** come the Debtor, Danae L. Shildt, by and through her attorney, Paul W. McElrath, Esquire, of the law offices of McElrath Legal Holdings, LLC, and files the within Status Report advising the Court of the following:

1. The Debtor is Danae L. Shildt, an adult individual presently residing at 185 Stonewood Drive, Bethel Park, PA 15102.

2. The Debtor filed a petition for relief under Chapter 13 of 11 U.S.C. on March 5, 2020.

3. On September 6, 2020, the Debtor filed a Motion to Obtain Financing for the purchase of a motor vehicle.

4. This Court entered an Order dated September 10, 2020, granting the Debtors' Motion to Obtain Automobile Financing.

5. The Order directed that an amended chapter 13 plan and a report of for the newly purchased automobile.

6. Debtor has contacted counsel and advised that she has been unable to secure auto financing, and has made other transportation arrangements.

7. As of the date of the filing of this Status Report, counsel has not received a Report of Purchase from the Debtor, and does not expect to receive it from the Debtor since the vehicle financing is no longer necessary. Therefore, the Movant cannot comply with this Court's Order requiring the filing of a Report of Purchase or an Amended Chapter 13 Plan.

Respectfully Submitted,

Dated: October 22, 2020

/s/ Paul W. McElrath
Paul W. McElrath, Esq.
PA ID 86220
McElrath Legal Holdings, LLC
1641 Saw Mill Run Boulevard
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917
Email: paulm@mcelrathlaw.com
Attorney for Movant/Debtor