**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

**In Re:**

| | | |
|---|---|---|
| **Danae Shildt,** | : | **Case No. 20-20844-GLT** |
| Debtor | : | **Chapter 13** |
| | : | |
| **Danae Shildt,** | : | **Related to Doc. No. 72** |
| **S.S. No. xxx-xx-1491** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **Wheeler Brothers, Inc.** | : | |
| Respondent | : | |

**<u>CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER
AND LOCAL FORM 12</u>**

    I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on January 26, 2021, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

    The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: <u>January 26, 2021</u>

    Sharla Munroe, Paralegal
    McElrath Legal Holdings, LLC
    1641 Saw Mill Run Blvd.
    Pittsburgh, PA 15210
    Tel: 412.765.3606
    Fax: 412.765.1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Danae Shildt
185 Stonewood Drive
Bethel Park PA 15102

Wheeler Brothers, Inc.
ATTN: PAYROLL MANAGER
384 Drum Ave
Somerset, PA 15501