# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | **BANKRUPTCY NO. 20-20844-GLT** |
| Danae L Shildt, | : | |
| aka Danae Dahlstrom | : | |
| Debtor | : | **CHAPTER 13** |
| | : | |
| | : | |
| Danae L Shildt, | : | **RELATED TO DOC. NO. 76, 77** |
| Movant | : | |
| | : | **HEARING DATE & TIME:** |
| v. | : | **May 19, 2021 at 10:00 AM** |
| | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

## CERTIFICATION OF NO OBJECTION REGARDING APPLICATION TO EMPLOY ESTATE AGENT

The undersigned hereby certifies that, as of the date hereof, no answer, objection or other responsive pleading to the Application Employ Jan York of Coldwell Banker Real Estate filed on April 19, 2021 has been received. The undersigned further certifies that the Court's docket in this case has been reviewed and no answer, objection or other responsive pleading to the Motion appears thereon. Pursuant to the Notice of Hearing, objections to the Motion were to be filed and served no later than May 6, 2021.

It is hereby respectfully requested that the Order attached to the Motion be entered by the Court.

Dated: <u>May 10, 2021</u>    By: /s/ Paul W. McElrath
Paul W. McElrath, Esquire
Attorney for Debtor/Movant
PA I.D. #86220
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
(412) 765-3606