## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | BANKRUPTCY NO. 20-20844-GLT |
| Danae L Shildt, | : | |
| aka Danae Dahlstrom | : | CHAPTER 13 |
| Debtor | : | |
| | : | |
| | : | |
| Danae L Shildt, | : | RELATED TO DOC. NO. 79 |
| Movant | : | |
| | : | |
| v. | : | |
| All Parties in Interest, | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
| Respondent | : | |

\

**CERTIFICATE OF SERVICE OF ORDER DATED NOVEMBER 19, 2019**
**APPROVING RETENTION OF REAL ESTATE AGENT**

I, Sharla Munroe, Paralegal of McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated May 11, 2021, Approving Retention of Real Estate Agent, on the parties on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail, electronic notification where indicated.

Executed on: <u>May 12, 2021</u>

                                         By:    <u>/s/ Sharla Munroe</u>
                                                    Sharla Munroe, Paralegal
                                                    McElrath Legal Holdings, LLC
                                                    1641 Saw Mill Run Blvd
                                                    Pittsburgh, PA 15210
                                                    sharlam@mcelrathlaw.com
                                                    Tel: 412.765.3606
                                                    Fax: 412.765.1917

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail**

Danae L Shildt
185 Stonewood Drive
Bethel Park, PA 15102

Jane York
Coldwell Banker Real Estate
1630 Washington Road
Pittsburgh, PA 15241

Allegheny Health Network
12311 Perry Highway
Wexford, PA 15090

Amex/dsnb
Po Box 8218
Mason, OH 45040

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130

Comenitybank/ny&co
Po Box 182789
Columbus, OH 43218

Dept Of Veterans Affai
Pob 11930
St Paul, MN 55111

Jpmcb Card
Po Box 15369
Wilmington, DE 19850

Kohls/capone
Po Box 3115
Milwaukee, WI 53201

Municipality Of Bethel Park
C/O Jordan Tax
7100 bAPTIST rOAD
Bethel Park, PA 15102

Peoples Gas
c/o S. James Wallace, P.C.
845 N. Lincoln Avenue
Pittsburgh, PA 15233

Point Park
201 Wood St
Pittsburgh, PA 15222

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226

State Collection Servi
2509 S Stoughton Rd
Madison, WI 53716

Transworld Systems
PO Box 15618
Wilmington, DE 19850

Wells Fargo Dealer Svc
Po Box 10709
Raleigh, NC 27605