## IN THE UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CASE NO. 20-20844-GLT |
|    Danae L. Shildt, | : | CHAPTER 13 |
|       Debtor | : | |
| | : | Related to Doc. No. 84, 86 |
| Danae L. Shildt, | : | |
|       Movant | : | Concil Conf. Date and Time: |
| | : | July 15, 2021 at 9:30 AM |
|    vs. | : | |
| | : | |
| Quicken Loans, LLC, | : | |
| Peoples Gas and | : | |
| Ronda J. Winnecour, Esquire, | : | |
| Chapter 13 Trustee, | : | |
|       Respondents | : | |

**CERTIFICATE OF SERVICE OF ORDER DATED JUNE 3,2021, NOTICE OF PROPOSED MODIFICATION TO CONFIRMED PLAN ALONG WITH THE AMENDED CHAPTER 13 PLAN DATED May 28, 2021**

    I, Sharla Munroe, Paralegal for to the law firm McElrath Legal Holdings, LLC, certify under penalty of perjury that I am more than 18 years of age, and that I served a true and correct copy of the Order dated June 3, 2021, Notice of Proposed Modification to Confirmed Plan along with the Amended Chapter 13 Plan dated May 28, 2021, on the parties at the addresses on the attached matrix. Service made on the parties was first-class mail or electronic notification.

Executed on: <u>June 7, 2021</u>

                                              By:    <u>/s/ Sharla Munroe</u>
                                                          Sharla Munroe, Paralegal
                                                          McElrath Legal Holdings, LLC
                                                          1641 Saw Mill Run Blvd
                                                          Pittsburgh, PA 15210
                                                          Tel: 412.765.3606
                                                          Fax: 412.765.1917

**MATRIX**

**Service by NEF**

Office of the U.S. Trustee
ustpregion03.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

**Service by First-Class Mail:**

Danae Shildt
185 Stonewood Drive
Bethel Park PA 15102

Allegheny Health Network
12311 Perry Highway
Wexford, PA 15090

Amex/dsnb
Po Box 8218
Mason, OH 45040

Capital One Bank Usa N
Po Box 30281
Salt Lake City, UT 84130

Comenitybank/ny&co
Po Box 182789
Columbus, OH 43218

Dept Of Veterans Affai
Pob 11930
St Paul, MN 55111

Jpmcb Card
Po Box 15369
Wilmington, DE 19850

Kohls/capone
Po Box 3115
Milwaukee, WI 53201

Municipality Of Bethel Park
C/O Jordan Tax
7100 bAPTIST rOAD
Bethel Park, PA 15102

Peoples Gas
c/o GRB Law
Frick Bldg., 437 Grant St., 14th Floor
Pittsburgh PA 15219

Point Park
201 Wood St
Pittsburgh, PA 15222

Quicken Loans
1050 Woodward Ave
Detroit, MI 48226

State Collection Servi
2509 S Stoughton Rd
Madison, WI 53716

Transworld Systems
PO Box 15618
Wilmington, DE 19850

Wells Fargo Dealer Svc
Po Box 10709
Raleigh, NC 27605