**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | **CASE NO. 20-20844-GLT** |
| **Danae L. Shildt,** | : | **CHAPTER 13** |
| **aka Danae Dahlstrom** | : | |
| **Debtor** | : | |

**NOTICE OF CHANGE OF ADDRESS**

**Undeliverable Address:**

Name:            Danae L. Shildt

Street:            185 Stonewood Drive

City, State, Zip:     Bethel Park, PA 15102

**Corrected Address:**

Name:            Danae L. Shildt

Street:            842 Vickroy Ave.

City, State, Zip:     Johnstown, PA 15905

Date: <u>July 12, 2021</u>                    /s/ Danae L. Shildt
                                Danae L. Shildt

Date: <u>July 12, 2021</u>

                                /s/ Paul W. McElrath, Esquire
                                Paul W. McElrath, Esquire
                                Attorney for Debtor
                                PA I.D. #86220
                                McElrath Legal Holdings, LLC
                                1641 Saw Mill Run Blvd.
                                Pittsburgh, PA 15210
                                (412) 765-3606