IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

FILED
9/23/21 12:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

| | | |
|---|---|---|
| In re: | : | Case No.: 20-20844-GLT |
| | : | Chapter: 13 |
| Danae L Shildt | : | |
| | : | |
| | : | Date: 9/22/2021 |
| *Debtor(s).* | : | Time: 10:30 |

## PROCEEDING MEMO

**MATTER:**   # 100 Motion to Sell Property Free and Clear of Liens under Section 363(f).
Re: Residential Property.
       # 103 - Objection filed by Rocket Mortgage, LLC
# 104 - Amended Proposed Order

**APPEARANCES**:
   Debtor:   T. Corey Zutz
   Trustee:   Owen Katz
   Creditor (Rocket):   Maria Miksich

**NOTES:** [10:31am]

Court: This involves the sale of 185 Sherwood Drive, Bethel Park, PA.

Zutz: The real property will sell for $310,000 as advertised in Pittsburgh Gazette; 6% commission for realtor plus administrative fee. Debtor will split proceeds with non-debtor ex-husband (30% of net sale proceeds to nondebtor husband).

Miksich: I have not seen amended order. Our concern is that the order pays a specific amount as opposed to whether the proceeds will pay the loan in full.

Miksich:  Requested modification to order-"Rocket Mortgage's claim will be satisfied in full from the sales proceeds in an amount estimated to be $258,896.53." (Add to Paragraph 1)

Katz: Insert $166.05 trustee fees

Trustee's requested language-"Any proceeds in excess of amounts needed to satisfy shall be remitted to the Chapter 13 Trustee and dispersed against the Debtor's plan obligations.

[*Court exposed the property for sale and no additional bids were received*].

Court: Richard Pfeuffer and Mary Ann Kristoff Pfeuffer are deemed to have tendered the highest and best offer at $310,000.

Sale order granted with modification

**OUTCOME:**
1. The *Motion to Sell Property Free and Clear of Liens Under Section 363(f)* [Dkt. No.# 100] is GRANTED. [HT to Issue Proposed Order at Dkt. 104 with the following modifications: (a) Replace paragraph 1 with the following: "The claim of Rocket Mortgage (estimated to be $258,896) shall be satisfied from the sale proceeds until paid in full; (b) insert trustee's fees of $166.05 in paragraph 6; (c) add a new paragraph (10) as follows: "Any proceeds in excess of the amounts needed to pay the above shall be remitted to the chapter 13 trustee and be applied against the chapter 13 plan obligations and shall be earmarked for payment of general unsecured claims, notwithstanding, any subsequent case dismissal. Thereafter, any remaining proceeds can  be applied against general plan funding.

**DATED:** 9/22/2021