# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

FILED
11/15/21 3:21 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Conciliation Conference:**

- Debtor: DANAE L SHILDT
- Case Number: 20-20844-GLT    Chapter: 13
- Date / Time / Room: THURSDAY, SEPTEMBER 30, 2021 10:00 AM   3251 US STEEL
- Hearing Officer: CHAPTER 13 TRUSTEE

**Matter:**

#84 - Final Confirmation of Plan Dated 5/28/2021 (FC)
R / M #: 84 / 0

**Appearances:**

- Debtor: Zutz
- Trustee: Winnecour / Warmbrodt / Katz / DeSimone
- Creditor: Hunt for peoples Gas

*Pending sale of 185 Stonewood Can't for closing*

**Proceedings:**

Outcome:

1. ____ Case Converted to Chapter 7
2. ____ Case Converted to Chapter 11
3. ____ Case Dismissed without Prejudice
4. ____ Case Dismissed with Prejudice
5. ____ Debtor is to inform Court within ____ days their preference to Convert or Dismiss
6. ____ The plan payment/term is increased/extended to ____ effective ____
7. ✓ Plan/Motion continued to 12/16/21 at 11:00 AM
8. ____ An Amended Plan is to be served on all creditors and certificate of service filed by ____.
   Objections are due on or before ____.
   A hearing on the Amended Plan is set for ____ at ____.
9. ____ Contested Hearing: ____ at ____.
10. ____ Other:

9/20/2021  11:59:37 AM