**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In Re:** | : | **Case No. 20-20844-GLT** |
| **Danae Shildt,** | : | |
| Debtor | : | **Chapter 13** |
| | : | |
| **Danae Shildt,** | : | **Related to Doc. No. 117** |
| **S.S. No. xxx-xx-1491** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| | : | |
| **Wheeler Brothers, Inc.** | : | |
| Respondent | : | |

## AMENDED CERTIFICATE OF SERVICE OF WAGE ATTACHMENT ORDER AND LOCAL FORM 12

I, Sharla Munroe, certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on December 30, 2021, I served a copy of the above-captioned pleading and within Wage Attachment Order together with Notice of Debtors Social Security Number filed in this proceeding on the respondent(s) on the attached list.

The type(s) of service made on the parties was by United States mail, first class or electronic mail where indicated.

Executed on: December 30, 2021

/s/ Sharla Munroe
Sharla Munroe, Paralegal
McElrath Legal Holdings, LLC
1641 Saw Mill Run Blvd.
Pittsburgh, PA 15210
Tel: 412.765.3606
Fax: 412.765.1917

Service by NEF:

Office of the U.S. Trustee
Ustpregion3.pi.ecf@usdoj.gov

Ronda J. Winnecour, Ch. 13 Trustee
cmecf@chapter13trusteewdpa.com

Service by First-Class Mail:

Danae Shildt
185 Stonewood Drive
Bethel Park PA 15102

Wheeler Brothers, Inc.
ATTN: PAYROLL MANAGER
384 Drum Ave
Somerset, PA 15501