**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

09/19/2022

IN RE:

DANAE L SHILDT
842 VICKROY AVENUE
JOHNSTOWN, PA 15905
XXX-XX-1491         Debtor(s)

Case No. 20-20844 GLT

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

    NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

    This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

    This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

    The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to

which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims. Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

9/19/2022

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account |
|---|---|---|
| **KML LAW GROUP PC*** <br> 701 MARKET ST STE 5000 <br> PHILADELPHIA, PA 19106 | Trustee Claim Number: 1   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: QUICKEN LNS/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **GRB LAW**** <br> C/O JEFFREY R HUNT ESQ - FOR PNG CO <br> 525 WILLIAM PENN PLACE STE 3110 <br> PITTSBURGH, PA 15219 | Trustee Claim Number: 2   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: PEOPLES/PRAE | CRED DESC: NOTICE ONLY <br> ACCOUNT NO.: |
| **MUNICIPALITY OF BETHEL PARK (SWG)** <br> C/O JORDAN TAX SVC-CURR & DELQ YRS <br> 102 RAHWAY RD <br> MCMURRAY, PA 15317 | Trustee Claim Number: 3   INT %: 0.00% <br> Court Claim Number: 11 <br> CLAIM: 0.00 <br> COMMENT: 77-4-R9;THRU 3/6/20*CL11GOV*SOLD*NO TAX YR/PL*19/SCH*WNTS 10%*CL=354*W | CRED DESC: SECURED CREDITOR <br> ACCOUNT NO.: 74R9 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC** <br> 635 WOODWARD AVE <br> DETROIT, MI 48226 | Trustee Claim Number: 4   INT %: 0.00% <br> Court Claim Number: 6-3 <br> CLAIM: 35,819.46 <br> COMMENT: AP PMT/CONF*SOLD*AMD CL=$0 | CRED DESC: MORTGAGE REGULAR PAYMEN <br> ACCOUNT NO.: 2831 |
| **WELLS FARGO BANK NA D/B/A WELLS FARGO** <br> PO BOX 17900 <br> DENVER, CO 80217-0900 | Trustee Claim Number: 5   INT %: 4.25% <br> Court Claim Number: 2 <br> CLAIM: 21,059.45 <br> COMMENT: CL2GOV@4.25%/PL | CRED DESC: VEHICLE <br> ACCOUNT NO.: 5981 |
| **ALLEGHENY HEALTH NETWORK** <br> PO BOX 645266 <br> PITTSBURGH, PA 15264-5266 | Trustee Claim Number: 6   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: NT ADR~NO$/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: |
| **DEPARTMENT STORES NATIONAL BANK** <br> C/O QUANTUM3 GROUP LLC <br> PO BOX 657 <br> KIRKLAND, WA 98083-0657 | Trustee Claim Number: 7   INT %: 0.00% <br> Court Claim Number: 10 <br> CLAIM: 1,290.24 <br> COMMENT: MACYS AMERICAN EXPRESS | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 2779 |
| **CAPITAL ONE BANK (USA) NA BY AMERICAN INF** <br> PO BOX 71083 <br> CHARLOTTE, NC 28272-1083 | Trustee Claim Number: 8   INT %: 0.00% <br> Court Claim Number: 4 <br> CLAIM: 7,648.67 <br> COMMENT: CAP ONE | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 9753 |
| **QUANTUM3 GROUP LLC AGNT - COMENITY BAN** <br> PO BOX 788 <br> KIRKLAND, WA 98083-0788 | Trustee Claim Number: 9   INT %: 0.00% <br> Court Claim Number: 9 <br> CLAIM: 600.08 <br> COMMENT: NEW YORK AND CO | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 4777 |
| **US DEPARTMENT OF VETERANS AFFAIRS** <br> C/O VA DEBT MANAGEMENT CENTER <br> PO BOX 11930 <br> ST PAUL, MN 55111 | Trustee Claim Number: 10   INT %: 0.00% <br> Court Claim Number: <br> CLAIM: 0.00 <br> COMMENT: OVERPAYMENT/SCH | CRED DESC: UNSECURED CREDITOR <br> ACCOUNT NO.: 0072 |

| CLAIM RECORDS | | |
|---|---|---|
| **US DEPARTMENT OF VETERANS AFFAIRS**<br>C/O VA DEBT MANAGEMENT CENTER<br>PO BOX 11930<br><br>ST PAUL, MN  55111 | Trustee Claim Number:11  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  OVERPAYMENT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  0071 |
| **JPMORGAN CHASE BANK NA S/B/M/T CHASE B**<br>C/O JPMORGAN CHASE BANK NA<br>PO BOX 15368<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:12  INT %:  0.00%<br>Court Claim Number:5<br><br>CLAIM:  10,615.99<br>COMMENT:  MARRIOTT BONVOY | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  7811 |
| **CAPITAL ONE NA\*\***<br>C/O BECKET & LEE LLP<br>PO BOX 3001<br><br>MALVERN, PA  19355-0701 | Trustee Claim Number:13  INT %:  0.00%<br>Court Claim Number:3<br><br>CLAIM:  408.54<br>COMMENT:  KOHL'S | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  4834 |
| **PEOPLES NATURAL GAS CO LLC\***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br><br>PITTSBURGH, PA  15212 | Trustee Claim Number:14  INT %:  0.00%<br>Court Claim Number:1<br><br>CLAIM:  571.91<br>COMMENT: | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  3529 |
| **POINT PARK UNIVERSITY**<br>201 WOOD ST<br><br>PITTSBURGH, PA  15222 | Trustee Claim Number:15  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$~NTC ONLY/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **STATE COLLECTION SERVICE INC**<br>2509 S STOUGHTON RD<br>PO BOX 6250<br><br>MADISON, WI  53701 | Trustee Claim Number:16  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **TRANSWORLD SYSTEMS**<br>PO BOX 15618<br><br>WILMINGTON, DE  19850 | Trustee Claim Number:17  INT %:  0.00%<br>Court Claim Number:<br><br>CLAIM:  0.00<br>COMMENT:  NO$/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br><br>DETROIT, MI  48226 | Trustee Claim Number:18  INT %:  0.00%<br>Court Claim Number:6-3<br><br>CLAIM:  0.00<br>COMMENT:  SOLD 15735.84/PL*THRU 2/2020*AMD CL=$0 | CRED DESC:  MORTGAGE ARR.<br>ACCOUNT NO.:  2831 |
| **UPMC HEALTH SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:19  INT %:  0.00%<br>Court Claim Number:8<br><br>CLAIM:  215.87<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1491 |
| **UPMC PHYSICIAN SERVICES**<br>C/O DCM SERVICES/BANKRUPTCY<br>PO BOX 1123<br><br>MINNEAPOLIS, MN  55440 | Trustee Claim Number:20  INT %:  0.00%<br>Court Claim Number:7<br><br>CLAIM:  219.43<br>COMMENT:  NT/SCH | CRED DESC:  UNSECURED CREDITOR<br>ACCOUNT NO.:  1491 |

**CLAIM RECORDS**

| Creditor | Claim Info | Credit Info |
|---|---|---|
| **MUNICIPALITY OF BETHEL PARK (SWG)**<br>C/O JORDAN TAX SVC-CURR & DELQ YRS<br>102 RAHWAY RD<br>MCMURRAY, PA 15317 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:11<br>CLAIM: 0.00<br>COMMENT: 77-4-R9;THRU 3/6/20*NON%*CL11GOV*SOLD*NO TAX YR/PL*19/SCH*CL=53.61*W/3 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: 74R9 |
| **QUICKEN LOANS LLC FKA QUICKEN LOANS INC**<br>635 WOODWARD AVE<br>DETROIT, MI 48226 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:6-3<br>CLAIM: 0.00<br>COMMENT: SOLD*650/CL-NTC-PL*NTC POSTPET FEES/EXP*REF CL*W/18 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 2831 |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 493.74<br>COMMENT: PMT/OE*BGN 3/21 DISB THRU 11/21*DKT!! | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 9607 |
| **ALLEGHENY HEALTH NETWORK**<br>PO BOX 645266<br>PITTSBURGH, PA 15264-5266 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **CARL DAHLSTROM**<br>C/O ERIC J RANDOLPH ESQ<br>1870A HOMEVILLE RD<br>PO BOX 335<br>WEST MIFFLIN, PA 15122 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 0.00<br>COMMENT: NO CL AMT*DEFECTIVE*LTR DONE*NT/SCH | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: MSA |
| **RONDA J WINNECOUR PA ID #30399****<br>ATTN DIRECT FEES CLERK<br>US STEEL TWR STE 3250<br>600 GRANT ST<br>PITTSBURGH, PA 15219 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 166.05<br>COMMENT: SEE DK FOR DETAILS | CRED DESC: FEES ON DIRECT PAYMENTS<br>ACCOUNT NO.: $/OE |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA 15212 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: PMT~BGN 12/21 / CONF*NT PROV/PL*DKT! | CRED DESC: PRIORITY CREDITOR<br>ACCOUNT NO.: 6514 |