**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In Re: | : | Case No. 20-20844-GLT |
| Danae L. Shildt, | : | |
| Debtor | : | Chapter 13 |
| | : | |

**NOTICE OF ENTRY OF APPEARANCE AS SUBSTITUTION OF COUNSEL**

TO:   THE CLERK OF THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA, THE UNITED STATES TRUSTEE, THE DEBTORS, AND TO ALL PARTIES OF INTEREST

PLEASE TAKE NOTICE that pursuant to Bankruptcy Rules 2002 and 9010 and all other applicable law, the undersigned counsel for the Debtors hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon the undersigned at the following:

KENNETH P. SEITZ, ESQUIRE
LAW OFFICES OF KENNY P. SEITZ
P.O. BOX 211
LIGONIER, PA 15658
(814) 536-7470
THEDEBTERASERS@AOL.COM

The foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes without limitation, all orders, notices, applications, motions, petitions, pleadings, requests, complaints or demands, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, fax or otherwise which affect or seek to affect in any way any rights or interests of the Debtors or any creditor or party on this case.

Dated: March 14, 2024                              Respectfully submitted:

/s/ Kenneth P. Seitz, Esquire
Kenneth P. Seitz, Esquire
PA I.D. # 81666
Law Offices of Kenny P. Seitz
P.O. Box 211
Ligonier, PA 15658
(814) 536-7470
TheDebtErasers@aol.com
Counsel for Debtor