Certificate Number: 03621-PAW-DE-039406739

Bankruptcy Case Number: 20-20844



03621-PAW-DE-039406739

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on March 5, 2025, at 8:25 o'clock AM EST, Danae Shildt completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Western District of Pennsylvania.

Date: March 5, 2025

By: /s/Wafaa Elmaaroufi

Name: Wafaa Elmaaroufi

Title: Credit Counselor