**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Danae L Shildt<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–1491<br>EIN  __–_____ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  ____<br>EIN  __–_____ |
| United States Bankruptcy Court | WESTERN DISTRICT OF PENNSYLVANIA | |
| Case number: | 20-20844-GLT | |

# Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

> Danae L Shildt
> aka Danae Dahlstrom

6/12/25

**By the court:** Gregory L Taddonio
United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

---

Form 3180W          **Chapter 13 Discharge**          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Western District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-20844-GLT |
| Danae L Shildt | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 1 of 3 |
| Date Rcvd: Jun 12, 2025 | Form ID: 3180W | Total Noticed: 31 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danae L Shildt, 842 Vickroy Ave, Johnstown, PA 15905-4027 |
| r | + | Jane York, Coldwell Banker Real Estate, 1630 Washington Road, Pittsburgh, PA 15241-1217 |
| 15211759 | + | Allegheny Health Network, 12311 Perry Highway, Wexford, PA 15090-8344 |
| 15358407 | + | Carl Dahlstrom, c/o Eric J. Randolph, Esquire, 1870A Homeville Road, PO Box 335, West Mifflin, PA 15122-0335 |
| 15211766 | + | Municipality Of Bethel Park, C/O Jordan Tax, 7100 bAPTIST rOAD, Bethel Park, PA 15102-3908 |
| 15224281 | + | Point Park, 201 Wood St, Pittsburgh, PA 15222-1984 |
| 15211767 | + | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15235118 | + | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | EDI: PENNDEPTREV | Jun 13 2025 03:59:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | | EDI: PENNDEPTREV | Jun 13 2025 03:59:00 | Pennsylvania Dept. of Revenue, Department 280946, P.O. Box 280946, ATTN: BANKRUPTCY DIVISION, Harrisburg, PA 17128-0946 |
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 13 2025 00:06:00 | Municipality of Bethel Park, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 13 2025 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15211760 | + | EDI: CITICORP | Jun 13 2025 03:59:00 | Amex/dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 15229841 | | EDI: CAPITALONE.COM | Jun 13 2025 03:59:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15211761 | + | EDI: CAPITALONE.COM | Jun 13 2025 03:59:00 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15229696 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2025 00:30:41 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15211762 | + | EDI: WFNNB.COM | Jun 13 2025 03:59:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 15241395 | | EDI: Q3G.COM | Jun 13 2025 03:59:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15211763 | + | Email/Text: dmcco.vbaspl@va.gov | | |

| Recip ID | | Notice Type | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Jun 13 2025 00:06:00 | Dept Of Veterans Affai, Pob 11930, St Paul, MN 55111-0930 |
| 15230792 | + | Email/Text: RASEBN@raslg.com | Jun 13 2025 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15211764 | + | EDI: JPMORGANCHASE | Jun 13 2025 03:59:00 | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15211765 | + | EDI: CAPITALONE.COM | Jun 13 2025 03:59:00 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15257073 | + | Email/Text: ebnjts@grblaw.com | Jun 13 2025 00:06:00 | Municipality of Bethel Park, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15224280 | + | Email/Text: ebnpeoples@grblaw.com | Jun 13 2025 00:06:00 | Peoples Gas, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15238761 | | EDI: Q3G.COM | Jun 13 2025 03:59:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15211768 | | Email/Text: amieg@stcol.com | Jun 13 2025 00:06:00 | State Collection Servi, 2509 S Stoughton Rd, Madison, WI 53716 |
| 15211769 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 13 2025 00:06:00 | Transworld Systems, PO Box 15618, Wilmington, DE 19850-5618 |
| 15236410 | | Email/Text: BNCnotices@dcmservices.com | Jun 13 2025 00:06:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15236406 | | Email/Text: BNCnotices@dcmservices.com | Jun 13 2025 00:06:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15229515 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 13 2025 00:41:49 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15211770 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 13 2025 00:18:39 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 23

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15224272 | *+ | Allegheny Health Network, 12311 Perry Highway, Wexford, PA 15090-8344 |
| 15224273 | *+ | Amex/dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 15224274 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15224275 | *+ | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 15224276 | *+ | Dept Of Veterans Affai, Pob 11930, St Paul, MN 55111-0930 |
| 15224277 | *+ | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15224278 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15224279 | *+ | Municipality Of Bethel Park, C/O Jordan Tax, 7100 bAPTIST rOAD, Bethel Park, PA 15102-3908 |
| 15224282 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15224283 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Servi, 2509 S Stoughton Rd, Madison, WI 53716 |
| 15224284 | *+ | Transworld Systems, PO Box 15618, Wilmington, DE 19850-5618 |
| 15224285 | *+ | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 2 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

| District/off: 0315-2 | User: auto | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: 3180W | Total Noticed: 31 |

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 14, 2025         Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Kenneth P. Seitz | on behalf of Debtor Danae L Shildt thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  Equitablebankruptcy@peoples-gas.com |

TOTAL: 8