IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

FILED
6/12/25 11:21 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN RE:
DANAE L SHILDT

    Debtor(s)

Ronda J. Winnecour
    Movant
vs.
No Repondents.

Case No.:20-20844

Chapter 13

Related to Docket No. 144

ORDER OF COURT

AND NOW, this _____ 12th Day of June, 2025 ___, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

(1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

(4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
Gregory L. Taddonio, Chief Judge
United States Bankruptcy Court

**ENTERED BY DEFAULT**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
Danae L Shildt  
    Debtor

Case No. 20-20844-GLT  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 3  
Date Rcvd: Jun 12, 2025      Form ID: pdf900      Total Noticed: 29

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Danae L Shildt, 842 Vickroy Ave, Johnstown, PA 15905-4027 |
| r | + | Jane York, Coldwell Banker Real Estate, 1630 Washington Road, Pittsburgh, PA 15241-1217 |
| 15211759 | + | Allegheny Health Network, 12311 Perry Highway, Wexford, PA 15090-8344 |
| 15358407 | + | Carl Dahlstrom, c/o Eric J. Randolph, Esquire, 1870A Homeville Road, PO Box 335, West Mifflin, PA 15122-0335 |
| 15211766 | + | Municipality Of Bethel Park, C/O Jordan Tax, 7100 bAPTIST rOAD, Bethel Park, PA 15102-3908 |
| 15224281 | + | Point Park, 201 Wood St, Pittsburgh, PA 15222-1984 |
| 15211767 | + | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15235118 | + | Quicken Loans, LLC fka Quicken Loans Inc., 635 Woodward Avenue, Detroit, MI 48226-3408 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jun 13 2025 00:06:00 | Municipality of Bethel Park, GRB Law, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jun 13 2025 00:06:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15211760 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Jun 13 2025 00:30:17 | Amex/dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 15229841 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 00:18:31 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15211761 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 00:18:06 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15229696 | | Email/PDF: bncnotices@becket-lee.com | Jun 13 2025 00:18:50 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 15211762 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jun 13 2025 00:06:00 | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 15241395 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2025 00:06:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 15211763 | + | Email/Text: dmcco.vbaspl@va.gov | Jun 13 2025 00:06:00 | Dept Of Veterans Affai, Pob 11930, St Paul, MN 55111-0930 |
| 15230792 | + | Email/Text: RASEBN@raslg.com | Jun 13 2025 00:06:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L, 6409 Congress Avenue, suite 100, Boca Raton, FL 33487-2853 |
| 15211764 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Jun 13 2025 00:18:51 | Jpmcb Card, Po Box 15369, Wilmington, DE |

| District/off: 0315-2 | User: auto | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Jun 12, 2025 | Form ID: pdf900 | Total Noticed: 29 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | 19850-5369 |
| 15211765 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Jun 13 2025 00:30:23 | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15257073 | + | Email/Text: ebnjts@grblaw.com | Jun 13 2025 00:06:00 | Municipality of Bethel Park, GRB Law, c/o Jeffrey R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh PA 15219-6101 |
| 15224280 | + | Email/Text: ebnpeoples@grblaw.com | Jun 13 2025 00:06:00 | Peoples Gas, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15238761 | | Email/Text: bnc-quantum@quantum3group.com | Jun 13 2025 00:06:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 15211768 | | Email/Text: amieg@stcol.com | Jun 13 2025 00:06:00 | State Collection Servi, 2509 S Stoughton Rd, Madison, WI 53716 |
| 15211769 | + | Email/Text: bankruptcydepartment@tsico.com | Jun 13 2025 00:06:00 | Transworld Systems, PO Box 15618, Wilmington, DE 19850-5618 |
| 15236410 | | Email/Text: BNCnotices@dcmservices.com | Jun 13 2025 00:06:00 | UPMC Health Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15236406 | | Email/Text: BNCnotices@dcmservices.com | Jun 13 2025 00:06:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |
| 15229515 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Jun 13 2025 00:29:16 | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15211770 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Jun 13 2025 00:18:54 | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Quicken Loans Inc. |
| cr | | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/ |
| cr | *+ | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 169005, Irving, TX 75016-9005 |
| 15224272 | *+ | Allegheny Health Network, 12311 Perry Highway, Wexford, PA 15090-8344 |
| 15224273 | *+ | Amex/dsnb, Po Box 8218, Mason, OH 45040-8218 |
| 15224274 | *+ | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15224275 | *+ | Comenitybank/ny&co, Po Box 182789, Columbus, OH 43218-2789 |
| 15224276 | *+ | Dept Of Veterans Affai, Pob 11930, St Paul, MN 55111-0930 |
| 15224277 | *+ | Jpmcb Card, Po Box 15369, Wilmington, DE 19850-5369 |
| 15224278 | *+ | Kohls/capone, Po Box 3115, Milwaukee, WI 53201-3115 |
| 15224279 | *+ | Municipality Of Bethel Park, C/O Jordan Tax, 7100 bAPTIST rOAD, Bethel Park, PA 15102-3908 |
| 15224282 | *+ | Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 15224283 | *P++ | STATE COLLECTION SERVICE INC, 2509 S STOUGHTON RD, MADISON WI 53716-3314, address filed with court:, State Collection Servi, 2509 S Stoughton Rd, Madison, WI 53716 |
| 15224284 | *+ | Transworld Systems, PO Box 15618, Wilmington, DE 19850-5618 |
| 15224285 | *+ | Wells Fargo Dealer Svc, Po Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 2 Undeliverable, 13 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains**

**the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 14, 2025              Signature:        /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 12, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Denise Carlon | on behalf of Creditor Quicken Loans Inc. dcarlon@kmllawgroup.com |
| Jeffrey R. Hunt | on behalf of Creditor Municipality of Bethel Park jhunt@grblaw.com |
| Kenneth P. Seitz | on behalf of Debtor Danae L Shildt thedebterasers@aol.com |
| Maria Miksich | on behalf of Creditor Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Maria Miksich | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. mmiksich@kmllawgroup.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com |

TOTAL: 8